**Order entered November 30, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00336-CR
### No. 05-20-00482-CR

## DALTON LAMONT CROSS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause Nos. F17-45539-J & F18-59761-J

## ORDER

Before the Court is the State's November 24, 2020 first motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief be filed no later than December 28, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE